UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCH TRAFFIC, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MOORINARTSHOP and THE INDIVIDUALS AND ENTITIES OPERATING MOORINARTSHOP,<br><br>        Defendants. | Case No. 24-cv-10913<br><br>**Judge Sunil R. Harjani** |

**ORDER**

THIS CAUSE being before the Court on Plaintiff Merch Traffic, LLC's ("Plaintiff") Motion for Expedited Discovery and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against moorinartshop and the Individuals and Entities Operating moorinartshop ("Defendants") identified in Schedule A to the Second Amended Complaint (the "Seller Aliases"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions in their entirety. Accordingly, this Court orders that:

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with the Online Marketplace, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd., and Alibaba.com Singapore E-Commerce Private Limited (collectively "Alibaba"), Amazon.com, Inc. ("Amazon"), Wish US Holdings LLC ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), DHgate, ByteDance Ltd., TikTok Ltd., TikTok Inc., and TikTok LLC (collectively "TikTok"), and WhaleCo, Inc. ("Temu") (the "Third Party Providers") shall, within seven (7) calendar

days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses; and

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplace.

2. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Second Amended Complaint, this Order, and other relevant documents on a website, and by sending an e-mail with a link to said website to an e-mail address for each Defendant. The Clerk of the Court is directed to issue a single original summons in the name of "moorinartshop and the Individuals and Entities Operating moorinartshop" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

Dated this 26th day of November 2024.

_____
Sunil R. Harjani
United States District Judge